```
                              IGeneX, Inc.                    PAGE:    1
                           795 SAN ANTONIO ROAD
                           PALO ALTO, CA  94303
                              (800)832-3200

PATIENT: LOUCKA, WESLEY                          SAMPLE ID:    438049
DOB: ████████    AGE:      SEX: M


   JOSEPH G. JEMSEK, MD                          DRWN: 02/25/14
   JEMSEK SPECIALTY CLINIC                       RCVD: 02/27/14
   2440 M STREET NW STE 205                      PRNT: 03/13/14
   WASHINGTON, DC
   20037                                         DIRECTOR: JYOTSNA SHAH, PhD
```

---

TEST NAME            RESULT               UNITS

---

LYME IgM WESTERN BLOT        .....
Revised 2/11/2014:   IGeneX interpretation is based on internal validation
studies.  By IGeneX criteria, IgM WB is considered POSITIVE if two or more of
the double starred bands below are present in either Group 1 or Group 2.

Group 1: 23-25, 31, 34, 39 and 83-93 kDA or Group 2: 23-25, 34, 39, 41 and
83-93 kDa; and INDETERMINATE (IND) if only bands 31 and 41kDa are present.

The IgM WB is considered NEGATIVE if less than 2 starred bands from either group
are present. A POSITIVE result suggests exposure to B burgdorferi. By CDC/NYS
criteria, IgM WB is reported POSITIVE if 2 of the following bands are present:
23-25,39,41 kDa and NEGATIVE if < 2 bands are present.
    LIMITATION: Positive result for 31 and/or 34kDa may be present after Lyme
vaccination in uninfected persons. Infection with HSV, EBV, HCV and/or syphilis
(RPR+) may give false (+) results.  Confirmation test for band 31 is recommended
when only starred bands 31 and 41 kDA are present in non-vaccinated person.
    PRESENCE OF ONLY ONE DOUBLE STARRED BAND OR INDETERMINATE DOUBLE STARRED
BANDS IN A NEGATIVE REPORT MAY INDICATE CLINICAL SIGNIFICANCE.  THEREFORE, WE
RECOMMEND TESTING WITH ANOTHER METHOD AND/OR RETEST IN 4-6 WEEKS.
    BAND INTENSITY: Negative (-): No band detected. Indeterminate (IND):Band
present with intensity < calibration standard. Positive (1+ to 4+): Band present
at an intensity > or = to calibration standard.
================================================================================
   IGENEX IGM RESULT              IND
   CDC/NYS RESULT                 NEGATIVE
              18 kDa.             -
          **23-25 kDa.            -
              28 kDa.             -
              30 kDa.             -
            **31 kDa.             +
            **34 kDa.             -
            **39 kDa.             -
            **41 kDa.             +
              45 kDa.             -
              58 kDa.             -
              66 kDa.             -
          **83-93 kDa.            -
```



Diagnosis should not be based on laboratory tests alone. Results should be
interpreted in conjunction with clinical symptoms and patient history.

Continued on next page

```
                        IGeneX, Inc.                    PAGE:   2
                    795 SAN ANTONIO ROAD
                    PALO ALTO, CA  94303
                        (800)832-3200

PATIENT: LOUCKA, WESLEY                    SAMPLE ID:   438049
DOB:             AGE:     SEX: M


   JOSEPH G. JEMSEK, MD                    DRWN: 02/25/14
   JEMSEK SPECIALTY CLINIC                 RCVD: 02/27/14
   2440 M STREET NW STE 205                PRNT: 03/13/14
   WASHINGTON, DC
   20037                                   DIRECTOR: JYOTSNA SHAH, PhD




------------------------------------------------------------------
   TEST NAME           RESULT             UNITS
------------------------------------------------------------------


   LYME IgG WESTERN BLOT        .....
Revised 2/11/2014:   IGeneX interpretation is based on internal validation
studies.  By IGeneX criteria, IgG WB is considered POSITIVE if two or more of
the double starred bands below are present in either Group 1 or Group 2.

Group 1: 23-25, 31, 34, 39 and 83-93 kDA or Group 2: 23-25, 34, 39, 41 and
83-93 kDa; and INDETERMINATE (IND) if only bands 31 and 41kDa are present.

The IgG WB is considered NEGATIVE if less than 2 starred bands from either group
are present. A POSITIVE result suggests exposure to B burgdorferi. By CDC/NYS
criteria, IgG WB is reported POSITIVE if 5 of the following bands are present:
18,23-25,28,30,39,41,45,58,66,83-93kDa and NEGATIVE if < 5 bands are present.
     LIMITATION: Positive result for 31 and/or 34kDa may be present after Lyme
vaccination in uninfected persons. Infection with HSV, EBV, HCV and/or syphilis
(RPR+) may give false (+) results.  Confirmation test for band 31 is recommended
when only starred bands 31 and 41 kDA are present in non-vaccinated person.
     PRESENCE OF ONLY ONE DOUBLE STARRED BAND OR INDETERMINATE DOUBLE STARRED
BANDS IN A NEGATIVE REPORT MAY INDICATE CLINICAL SIGNIFICANCE.  THEREFORE, WE
RECOMMEND TESTING WITH ANOTHER METHOD AND/OR RETEST IN 4-6 WEEKS.
     BAND INTENSITY: Negative (-): No band detected. Indeterminate (IND):Band
present with intensity < calibration standard. Positive (1+ to 4+): Band present
at an intensity > or = to calibration standard.
==================================================================
   IGENEX-IGG-RESULT              NEGATIVE
   CDC/NYS-RESULT                 NEGATIVE
            18 kDa                -
         **23-25 kDa              IND
            28 kDa                -
            30 kDa                -
          **31 kDa                IND
          **34 kDa                IND
          **39 kDa                IND
          **41 kDa                +
            45 kDa                -
            58 kDa                -
            66 kDa                -
         **83-93 kDa              -

Diagnosis should not be based on laboratory tests alone. Results should be
interpreted in conjunction with clinical symptoms and patient history.

                        End of Report
```

CF3 000917

LIN 007247